JS-6

1  ADAM C. BROWN (SBN 161951)
   **HILL RIVKINS BROWN & ASSOCIATES**
2  **A Professional Law Corporation**
   11140 Fair Oaks Boulevard, Suite 100
3  Fair Oaks, CA 95628
   Telephone: (916) 535-0263
4  Facsimile: (916) 535-0268

5  Attorneys for Plaintiff
   CATERPILLAR GLOBAL MINING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATERPILLAR GLOBAL MINING LLC, a Wisconsin corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FEDEX FREIGHT, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: CV 14-5597-GW(MANx) <br><br> **ORDER FOR DISMISSAL OF ENTIRE ACTION** |

Pursuant to the Stipulation of the parties hereto, and good cause having been shown, this entire action is hereby dismissed with prejudice with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: April 16, 2015

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL